BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-4638
 Fax: (916) 324-5205

Attorneys for Defendants Pliler and Bolin
48149280-SA2002102208

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARVELLOUS A. GREEN, SR.,** | NO. CIV S-02-0493 DFL GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. KIMBRELL, et al.,** | |
| Defendants. | |

Defendants' pre-trial statement is due June 22, 2005. Defendants have requested a two-day extension of time to June 24, 2005. This is defendants' first request for an extension of time to file the pre-trial statement.

The court finds good cause for the extension. Defendants shall file and serve their pre-trial statement no later than June 24, 2005.

DATED: 6/30/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

gree0493.eot06

[Proposed] Order

1