IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAR PALA RA ANAN aka
MARVELLOUS A. GREENE, SR.,

    Plaintiff,                        No. CIV S-02-0493 DFL GGH P

  vs.

D. KIMBRELL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2006, are adopted in full; and

2. Summary judgment is entered for defendants on plaintiff's claim for punitive damages, and this case shall proceed to trial against defendants only on plaintiff's claim for compensatory and/or nominal damages.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge